THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALBERT T. PATRICK, Appellant.

(Argued October 6, 1902; decided October 8, 1902.)

MOTION, under the provision of section 536 of chapter 369 of the Laws of 1902, to extend time in which to move argument of appeal from judgment of death.

*John C. Tomlinson* and *Edgar J. Kohler* for motion.

No one opposed.

Motion denied on the ground that defendant has six months from September 1, 1902, the time the act took effect, in which to argue the appeal, which time the court deems amply sufficient.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, CULLEN and WERNER, JJ.   Dissenting: VANN, J.